(Reap. Dec. 11043)

AVILDSEN TOOLS AND MACHINES, INC. *v*. UNITED STATES

Entry No. 769783–1/3.

(Decided July 20, 1965)

*Jordan & Klingaman* for the plaintiff.

*John W. Douglas*, Assistant Attorney General, for the defendant.

RAO, Chief Judge: The question of the proper value for duty purposes of certain steel twist drills imported from West Germany is presented by the above-enumerated appeal for a reappraisement.

By stipulation of the parties, the following facts have been agreed upon—

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties hereto:

That the merchandise the subject of the above entitled appeal for reappraisement consists of steel twist drills imported from West Germany in October 1955, that the said merchandise and the issues herein are similar in all material respects to the merchandise and issues involved in *United States* v. *J. J. Boll et al.*, A.R.D. 179, appeal dismissed Abstract 68908, and that the record therein may be incorporated herein.

That at the time of exportation of the said merchandise neither such nor similar merchandise was freely offered for sale in West Germany for home consumption or for export to the United States, nor was such or similar exported merchandise freely offered for sale for domestic consumption in the United States.

That at the time of exportation of the said merchandise, the cost of production as defined in Section 402(f), Tariff Act of 1930, was the entered values plus 5 per centum.

Upon the record before the court and following the cited authority, I find and hold that cost of production, as that value is defined in section 402a(f) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, 91 Treas. Dec. 295, T.D. 54165 (19 U.S.C. § 1402(f)), is the proper basis of value for the steel twist drills in issue and that said value is the entered values, plus 5 per centum.

Judgment will be entered accordingly.